FILED

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0286

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0286

_____

JAMES WILLIAM WALKER,

       Petitioner and Appellant,

v.                                    O R D E R

STATE OF MONTANA,

       Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to James William Walker, to all counsel of record, and to the Honorable Andrew Breuner, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024